**No. 48178.**—Protest 607634–G of Olivier Straw Goods Corp. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel that the harvest hats in question are the same as those the subject of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), those hats withdrawn for consumption prior to February 1, 1936 were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those entered or withdrawn for consumption subsequent to that date were held dutiable at 12½ percent under said paragraph and the Netherlands Trade Agreement (T. D. 48075). The protest was therefore sustained to that extent.

BEFORE THE THIRD DIVISION, APRIL 7, 1943

**No. 48179.**—Protest 95955–K of George Lueders & Co. (New York).

Opinion by Keefe, J. It appeared that the drum in question was not found at the time of unlading but as the discharging inspector was not satisfied that it was not landed the collector assessed duty thereon. However, it was found upon investigation that the manifest was wrong and that the drum was never landed. In accordance therewith the collector was directed to reliquidate the entry and make refund of duty upon the drum in question in accordance with stipulation of counsel entered into at the trial.

**No. 48180.**—Protest 95789–K of Haug & Co., Inc. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel that the merchandise consists of wheat malt the same in all material respects as the merchandise the subject of *Haug* v. *United States* (9 Cust. Ct. 161, C. D 682), which merchandise was held dutiable at 40 cents per 100 pounds under paragraph 722, Tariff Act of 1930, by virtue of the similitude provisions of paragraph 1559, the protest was sustained.

**No. 48181.**—Protest 95722–K of Strauss-Eckardt Co., Inc. (New York).

Opinion by Keefe, J. It was stipulated that the papier-mâché figures in question are the same in all material respects as those the subject of *Strauss-Eckardt* v. *United States* (T. D. 48272). In accordance therewith the claim at 25 percent under paragraph 1403 was sustained.

**No. 48182.**—Protest 92628–K of J. L. Hammett Co. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel that the merchandise in question is the same in all material respects as the plasticine passed upon in Abstract 47147, the claim at 20 percent under paragraph 1558 was sustained.